# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CONSUELA REYNAGA O/B/O J.S., a minor child,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No.  6:07-cv-123-Orl-18UAM**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

    This cause came on for consideration without oral argument on the following motion:

> **MOTION:**　**PLAINTIFF'S UNCONTESTED MOTION TO DISMISS (Doc. No. 17)**
>
> **FILED:**　　October 24, 2007
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

    Plaintiff moves to dismiss her case.  The motion is unopposed by the Commissioner.  The Commissioner did not raise any counterclaims in her answer to the complaint.

    **IT IS RECOMMENDED** that the case be dismissed pursuant to Fed. R. Civ. P. 41(a)(2).

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**Recommended** in Orlando, Florida on October 30, 2007.

*Donald P. Dietrich*
DONALD P. DIETRICH
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Honorable John Antoon, II
Counsel of Record