# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CONSUELA REYNAGA,

        **Plaintiff,**

-vs-                     **Case No.  6:07-cv-123-Orl-28JGG**

COMMISSIONER OF SOCIAL
SECURITY,

        **Defendant.**

_____

## ORDER

This case is before the Court on Plaintiff's Uncontested Motion to Dismiss (Doc. No. 17) filed October 24, 2007.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 30, 2007 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Uncontested Motion to Dismiss is **GRANTED**.

    3.    This case is dismissed pursuant to Fed. R. Civ. P. 41(a)(2).

    4.    The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___2 6___ day of November, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

-2-